# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH LEISTER <br> Plaintiff <br> <br> v. <br> <br> <br> <br> BUCKS COUNTY; et. al. <br> Defendants | : No.: 2:20-CV-04296 MSG <br> : <br> : CIVIL ACTION-LAW <br> : <br> : JUDGE MITCHELL S. GOLDBERG <br> : <br> : Electronically Filed <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Stipulation of Counsel for Dismissal of Defendants, Adams, Mahaffey, Kraus, Pekarski, Simpson and Moore and for naming Defendants, Bunda, Young, Rodriguez, Nash, Best, Gray, Dones-Ortega, Gresko, Amoroso, McHenry, Geiger, and Bedekovich, the Stipulation is hereby APPROVED.

BY THE COURT:

_____
Mitchell S. Goldberg           J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH LEISTER | : No.: 2:20-CV-04296 MSG : |
| Plaintiff | : CIVIL ACTION-LAW |
| v. | : JUDGE MITCHELL S. GOLDBERG : |
| | : Electronically Filed : |
| BUCKS COUNTY; et. al. Defendants | : JURY TRIAL DEMANDED : |

**STIPULATION TO DISMISS NAMED CORRECTIONS OFFICERS AND ADD NEWLY NAMED CORRECTIONS OFFICERS**

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims as asserted against Defendants, Adams, Mahaffey, Kraus, Pekarski, Simpson and Moore are hereby DISMISSED WITH PREJUDICE without costs and each side bearing their own attorneys' fees.

It is further stipulated that the following Corrections Officers are to be added as named defendants:

- Austin Bunda
- James Young
- Jesse Rodriguez
- Henry Nash
- Christopher Best
- Mark Gray
- Bryan Dones-Ortega
- David Gresko
- Andrew Amoroso
- Robert McHenry
- David Geiger
- James Bedekovich

Michael Kempfe is to remain as a named defendant:

/s/ Brian J. Zeiger, Esquire          /s/ John R. Ninosky
Brian J. Zeiger, Esquire              John R. Ninosky, Esquire
Levin & Zeiger, LLP                   Marshall Dennehey Warner, Coleman
*Attorney for Plaintiff*                 & Goggin
                                      *Attorney for PrimeCare Defendants*

s/Keith Bidlingmaier
Keith Bidlingmaier, Esquire
Assistant Solicitor
Bucks County Law Department
*Attorney for Bucks County Defendants*