# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH LEISTER<br>Plaintiff | : No.: 2:20-CV-04296 MSG<br>:<br>: CIVIL ACTION-LAW |
| v. | : JUDGE MITCHELL S. GOLDBERG<br>:<br>: Electronically Filed<br>: |
| BUCKS COUNTY; et. al.<br>Defendants | : JURY TRIAL DEMANDED<br>: |

## ORDER

AND NOW, this 26th day of July 2021, upon consideration of the Stipulation of Counsel for Dismissal of Defendants, Adams, Mahaffey, Kraus, Pekarski, Simpson and Moore and for naming Defendants, Bunda, Young, Rodriguez, Nash, Best, Gray, Dones-Ortega, Gresko, Amoroso, McHenry, Geiger, and Bedekovich (ECF #32), it is hereby **ORDERED** that the Stipulation is **APPROVED,** and Defendants Adams, Mahaffey, Kraus, Pekarski, Simpson and Moore are hereby **DISMISSED**.

It is further **ORDERED** that the following Corrections Officers are to be added as named defendants:

- Austin Bunda
- James Young
- Jesse Rodriguez
- Henry Nash
- Christopher Best
- Mark Gray
- Bryan Dones-Ortega
- David Gresko
- Andrew Amoroso
- Robert McHenry
- David Geiger
- James Bedekovich

As stipulated to by the parties, Michael Kempfe is to remain as a named defendant.

IT IS SO ORDERED.

                                        **BY THE COURT:**

                                        */s/ Mitchell S. Goldberg*
                                        **MITCHELL S. GOLDBERG, J.**