# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMI LYNN WYLLIE, Administrator of the Estate of Kenneth Ervin Leister<br><br>*Plaintiff,*<br><br>v.<br><br>BUCKS COUNTY, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>No. 20-4296 |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 17th day of September, 2021, on consideration of Plaintiff Tami Lynn Wyllie's unopposed "Petition for Extension of Time of the Scheduling Order" (ECF No. 34), it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **November 16, 2021**.

2. The parties shall produce their expert report(s) by **November 30, 2021**. Any expert witness rebuttal reports shall be produced by **December 14, 2021**. All expert discovery, including all depositions of expert witnesses, shall be completed by **December 28, 2021**.

3. All motions for summary judgment and Daubert motions shall be filed no later than **January 18, 2022**.

4. Responses to motions for summary judgment and Daubert motions, if any, shall be filed no later than **February 8, 2022**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**