## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH ERVIN LEISTER, | : : : | NO.: 2:20-CV-04296-MSG |
| Plaintiff | : : | CIVIL ACTION – LAW |
| | : | JUDGE MITCHELL S. GOLDBERG |
| v. | : : | |
| BUCKS COUNTY; et al., | : : | |
| Defendants | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the Stipulation of Counsel for Dismissal of Defendants PrimeCare Medical, Inc., Victoria Gessner, MD, Ashlee Peitcher, RN, Molly Longacre, PA, Demetra Bookard, RN, and Megan Hughes, RN, the Stipulation is hereby **APPROVED** and these Defendants are **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____
**MITCHELL S. GOLDBERG, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH ERVIN LEISTER, | : : : | NO.: 2:20-CV-04296-MSG |
| Plaintiff | : : | CIVIL ACTION – LAW |
| | : | JUDGE MITCHELL S. GOLDBERG |
| v. | : : | |
| BUCKS COUNTY; et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

**STIPULATION OF COUNSEL FOR DISMISSAL
OF THE PRIMECARE DEFENDANTS**

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims as asserted against Defendants PrimeCare Medical, Inc., Victoria Gessner, MD, Ashlee Peitcher, RN, Molly Longacre, PA, Demetra Bookard, RN, and Megan Hughes, RN are hereby DISMISSED WITH PREJUDICE, without costs and each side bearing their own attorneys' fees. The claims against the remaining Defendants are not affected by this dismissal.

s/*Brian J. Zeiger*
Brian J. Zeiger, Esquire
Attorney I.D. No. 87063
Levin & Zeiger, LLP
1500 JFK Boulevard, Suite 620
Philadelphia, PA  19102
215-546-0340
zeiger@levinzeiger.com
*Attorney for Plaintiff*

Dated:  November 23, 2021

s/*John R. Ninosky*
John R. Ninosky, Esquire
Attorney I.D. No. 78000
Marshall Dennehey Warner, Coleman & Goggin
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
717-651-3709
jrninosky@mdwcg.com
*Attorney for PrimeCare Defendants*

s/*Keith Bidlingmaier*
Keith Bidlingmaier, Esquire
Attorney I.D. No. 87776
Bucks County Law Department
55 East Court Street, 5th Floor
Doylestown, PA  18901
215-348-6464
kjbidlingmaier@buckscounty.org
*Attorney for Bucks County*

LEGAL/142219234.v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of November, 2021, the foregoing *Stipulation of Counsel for Dismissal of PrimeCare Defendants* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure:

Brian J. Zeiger, Esquire
Levin & Zeiger, LLP
1500 JFK Boulevard, Suite 620
Philadelphia, PA  19102
zeiger@levinzeiger.com
*Attorney for Plaintiff*

Keith Bidlingmaier, Esquire
Assistant Solicitor
Bucks County Law Department
55 East Court Street, 5th Floor
Doylestown, PA  18901
kjbidlingmaier@buckscounty.org
*Attorney for Bucks County*

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN

By:  *s/ John R. Ninosky*
        John R. Ninosky