**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH ERVIN LEISTER, | : : : | NO.: 2:20-CV-04296-MSG |
| Plaintiff | : : | CIVIL ACTION – LAW |
| v. | : : | JUDGE MITCHELL S. GOLDBERG |
| BUCKS COUNTY; et al., | : : | |
| Defendants | : | JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the Stipulation of Counsel for Dismissal of Defendants Bucks County, Austin Bunda, James Young Jesse Rodriguez, Henry Nash, Christopher Best, Mark Gray, Bryan Dones-Ortega, David Gresko Andrew Amoroso, Robert McHenry, David Geiger, James Bedekovich and Michael Kempfe, the Stipulation is hereby **APPROVED** and these Defendants are **DISMISSED WITH PREJUDICE.**

**BY THE COURT:**

_____
**MITCHELL S. GOLDBERG, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMI LYNN WYLLIE, Administrator of the ESTATE OF KENNETH ERVIN LEISTER, | : : : | NO.: 2:20-CV-04296-MSG |
| Plaintiff | : : | CIVIL ACTION – LAW |
| | : | JUDGE MITCHELL S. GOLDBERG |
| v. | : : | |
| BUCKS COUNTY; et al., | : | |
| Defendants | : | JURY TRIAL DEMANDED |

## STIPULATION OF COUNSEL FOR DISMISSAL OF ALL BUCKS COUNTY DEFENDANTS

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R.Civ. P 41(a)(1)(A)(ii) that all claims as asserted against Defendants Bucks County, Austin Bunda, James Young, Jesse Rodriguez, Henry Nash, Christopher Best, Mark Gray, Bryan Dones-Ortega, David Gresko, Andrew Amoroso, Robert McHenry, David Geiger, James Bedekovich and Michael Kempfe are hereby **DISMISSED WITH PREJUDICE** , without costs and each side bearing their own attorney's fees.

*/s/Brian J. Zeiger_____*
Brian J. Zeiger, Esquire
Attorney I.D. No. 87063
Levin & Zeiger, LLP
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
215-546-0340
zeiger@levinzeiger.com
*Attorney for Plaintiff*

/s/ *Keith J. Bidlingmaier_____*
Keith J. Bidlingmaier, Esquire
Attorney I.D. No. 87776
Bucks County Law Department
55 East Court Street
5th Floor
Doylestown, PA 18901
kjbidlingmaier@buckscounty.org
*Attorney for all County Defendants*

Dated: January 4, 2022

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of January, 2022, the foregoing *Stipulation of Counsel for Dismissal of all Bucks County Defendants* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure:

Brian J. Zeiger, Esquire
Levin & Zeiger, LLP
1500 JFK Boulevard, Suite 620
Philadelphia, PA 19102
zeiger@levinzeiger.com
*Attorney for Plaintiff*

                                       BUCKS COUNTY LAW DEPARTMENT

                                       By:*/s/ Keith J. Bidlingmaier*
                                            Keith J. Bidlingmaier